UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MINDY MARIE SANTINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-CV-0458 |
| v. ) | (VARLAN/GUTYON) |
| ) | |
| PETSMART, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

These cases are before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendant's Motion to Amend Its Answer to Include an Affirmative Defense [Doc. 13]. The Court has reviewed the Motion to Amend. The Court finds that the Motion to Amend complies with Local Rule 15.1, and the Court finds that it is well-taken pursuant to Rule 15 of the Federal Rules of Civil Procedure.

The Plaintiff has not responded in opposition to the Motion to Amend, and the time for doing so has expired. See E.D. Tenn. L.R. 7.1. The Court may treat the Plaintiff's failure to respond as acquiescence to the relief sought by Defendant. See E.D. Tenn. L.R. 7.2.

Accordingly, the Motion to Amend **[Doc. 13]** is **GRANTED**. Defendant **SHALL FILE** its proposed amended answer [Doc. 13-1] in CM/ECF on or before **March 7, 2014.**

**IT IS SO ORDERED**.

ENTER:

/s H. Bruce Guyton
United States Magistrate Judge